**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | |
|---|---|
| Willshaun Devon Boxley, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER AFFIRMING ORDER AND RECOMMENDATION** |
| Cass County Government ND, et al., | ) Case No. 3:24-cv-139 |
| Defendants. | ) |

Plaintiff Willshaun Devon Boxley, an inmate proceeding without counsel, filed a motion to recuse United States Magistrate Judge Alice R. Senechal from his case. See Doc. 58. Judge Senechal denied the motion because "[d]isagreement with a judge's order does not constitute a basis to seek that judge's recusal under 28 U.S.C. § 455(a)." See Doc. 59. She also recommended the chief district judge conduct a de novo review of the order. Id. The Court has conducted such a review and agrees with Judge Senechal. So, having reviewed the Order and Recommendation, the relevant legal authority, and the entire record, the Court **AFFIRMS** the Order and Recommendation (Doc. 59).

**IT IS SO ORDERED**.

Dated this 28th day of May, 2025.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court